HAROLD VAN LUVENDER, *ET AL.* v.
CONCRETE CARRIERS, INC., *ET AL* .

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. LESTER TINGLE.

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH STEELE.

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR JACKSON.

May 17, 1972. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
ALEXIS LE JAMBRE, DECEASED.

May 17, 1972. Petition for certification denied.